IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLIANT HEALTH PLANS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 16-1491 C |
| THE UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of Alliant Health Plans, Inc., in compliance with Court of Federal Claims Rule 7.1. Alliant Health Plans, Inc. is wholly-owned by Health One Alliance, LLC. No publicly held corporation owns 10% or more of its stock.

Dated: November 11, 2016

Respectfully submitted,

MORRIS, MANNING & MARTIN, L.L.P.

*/s/ Lewis E. Hassett*
Lewis E. Hassett
Attorney for Plaintiff

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 233-7000
(404) 365-9532 (fax)

10560141 v1