# In the United States Court of Federal Claims

No. 16-1491

Filed: December 14, 2016

*************************************

ALLIANT HEALTH PLANS, INC.,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

*************************************

## ORDER

On December 13, 2016, the Government filed an Unopposed Motion To Stay Proceedings. Pursuant to the December 13, 2016 Motion, this case is stayed pending the appeal of *Land of Lincold Mutual Health Insurance Co. v. United States*, No. 17-1224 (Fed. Cir.).

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**